```
                   UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF MISSISSIPPI
                        NORTHERN DIVISION
```

WOODROW KILLINGSWORTH, JR.                                PLAINTIFF

VS.                             CIVIL ACTION NO. 3:15CV699TSL-MTP

COMMISSIONER OF SOCIAL SECURITY                           DEFENDANT

## ORDER

This cause is before the court on the report and recommendation of Magistrate Judge Michael T. Parker entered on May 11, 2017, recommending that the Commissioner's final decision be affirmed and that this action be dismissed. Plaintiff Woodrow Killingsworth, Jr. has not filed objections and the time for doing so has since expired. Having reviewed the report and recommendation, the court concludes that the report and recommendation is well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Michael T. Parker entered on May 11, 2017, be, and the same is hereby, adopted as the finding of this court. Accordingly, it is ordered that the final decision of the Commissioner is affirmed and that the complaint is is dismissed with prejudice.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 1st day of June, 2017.

                              /s/Tom S. Lee
                              UNITED STATES DISTRICT JUDGE